



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00140-CR

Carlos Coello **AQUINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR6964
Honorable Bert Richardson, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED

Carlos Coello Aquino filed a notice of appeal seeking to appeal from a sentence imposed on August 6, 2008. The judgment was in accordance with Aquino's plea bargain agreement, and the record does not contain a trial court's certification showing Aquino has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH